371 A.2d 1302

Commonwealth v. Walker, Appellant.

Ar-

gued November 11, 1976. Simon B. John, Assistant Public Defender, for appellant; Vincent J. Roskovensky, II, Assistant District Attorney, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.